UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELKIN KING,

    Plaintiff,

v.

FORREST KING, JR.,

    Defendant.

Civil Action No. 3:18-cv-01427-J-39MCR

### AFFIDAVIT OF FORREST KING, JR.

STATE OF FLORIDA

COUNTY OF CLAY

BEFORE ME, the undersigned authority, on this day personally appeared Forrest King, Jr., who after being duly sworn and deposed, said:

1. My name is Forrest King, Jr., I am over eighteen years of age, and the following is based upon my personal knowledge.

2. In approximately 1989, Elkin King received a settlement of approximately $200,000.00 as a result of his father's death in a plane crash.

3. In 1989, I was in a relationship with his mother (Peggy King). Peggy King and I were married in 1995. Because I had a relationship with the investment firm Charles Schwab in 1989, Peggy King asked me to open an account at Charles Schwab

**EXHIBIT "A"**

Case 3:18-cv-01427-BJD-MCR   Document 23-1   Filed 10/14/19   Page 2 of 3 PageID 96

for the settlement funds. At this time, I don't recall if Peggy King's name appeared on the account.

4. Although my name was on the account, Peggy King controlled the funds and the distribution of those funds for Elkin King's benefit.

5. As Elkin King's stepfather, I was involved in his life and was aware of the use of those funds for Elkin King's benefit; however, I did not control or make the ultimate decisions on the use of those funds.

6. In approximately February of 1999, Peggy King and I divorced. As part of the divorce, the investment account at Charles Schwab was turned over to Peggy King.

7. To the best of my recollection, some funds remained from the settlement in the Charles Schwab account at the time of our divorce, but I have no recollection of the amount.

8. After the divorce, I was not involved with the remaining funds which were solely controlled by Peggy King.

9. After the divorce, although I did not have access to the settlement funds, I continued to assist Elkin King, as my stepson, by providing financial support to him through the use of my own funds.

2

**EXHIBIT "A"**

FURTHER AFFIANT SAYETH NOT.

_____
FORREST KING, JR.

STATE OF FLORIDA
COUNTY OF CLAY

BEFORE ME, the undersigned, on this 13th day of August, 2019, personally appeared FORREST KING, JR., who is [ ] personally known to me or [X] who produced Global Entry Card as identification, and who states he is the person named in the foregoing Affidavit, that he has read same and the contents are true and correct to the best of his knowledge.

_____
Notary Public
State of Florida, At Large
My Commission Expires: 03/18/2023



Notary Public State of Florida
Madison Edmondson
My Commission GG 313528
Expires 03/18/2023

3

**EXHIBIT "A"**