UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELKIN KING,

    Plaintiff,

v.

                            Civil Action No. 3:18-cv-01427-J-39MCR

FORREST KING, JR.,

    Defendant.

## AFFIDAVIT OF PEGGY ANN FULFORD f/k/a PEGGY KING

STATE OF ALABAMA

COUNTY OF PICKENS

BEFORE ME, the undersigned authority, on this day personally appeared Peggy Ann Fulford f/k/a Peggy King, who after being duly sworn and deposed, said:

    1.    My name is Peggy Ann Fulford, I was previously known as Peggy King, I am over eighteen years of age, and the following is based upon my personal knowledge.

    2.    In approximately 1989, my son, Elkin King, received a settlement of approximately $200,000.00 as a result of the death of his biological father in a plane crash. As he was a minor, I took the money on his behalf.

    3.    My partner at that time, now ex-husband, Forrest King, Jr., had a relationship with the brokerage firm Charles Schwab. At my request, Dr. King opened

**EXHIBIT "B"**

an account for the settlement funds

4. Due to the passage of time, I do not recall if I was on the account at Charles Schwab. Although Dr. King's name was on the account, I controlled the funds and the distribution of those funds.

5. I used the funds for Elkin and his education as well as living expenses, such as rent, cars, and other miscellaneous matters.

6. From the time he was a teenager, Elkin has been aware of the settlement and the source of the funds for his education and other purposes. We discussed the settlement funds on numerous occasions. I heard Elkin discuss the settlement funds with his friends during his high school years, including Joel Taylor.

7. In approximately February of 1999, Dr. King and I divorced. As part of the divorce settlement, the account at Charles Schwab with the settlement funds was turned over completely to me.

8. To the best of my recollection, there were some funds remaining in that account at the time of our divorce.

9. After the divorce, Dr. King was not involved with the remaining funds which were solely controlled by me, and his name did not appear on any account for the funds since our divorce.

10. Dr. King never took any proceeds from the settlement funds. I never told Elkin or anyone else that Dr. King took any of the money from the settlement funds.

11. In approximately 2003, I used the remainder of the settlement funds to

**EXHIBIT "B"**

purchase a condominium in Metarie, Louisiana for Elkin's use and benefit.

FURTHER AFFIANT SAYETH NOT.

_____
PEGGY ANN FULFORD f/k/a PEGGY KING

STATE OF ALABAMA
COUNTY OF PICKENS

BEFORE ME, the undersigned, on this __8th__ day of __October__, 2019, personally appeared PEGGY ANN FULFORD f/k/a PEGGY KING, who is [ ] personally known to me or [✓] who produced __Id # 37001-034__ as identification, and who states he is the person named in the foregoing Affidavit, that he has read same and the contents are true and correct to the best of his knowledge.

_____
Notary Public
State of Alabama, At Large
My Commission Expires: __7-12-2023__

3

**EXHIBIT "B"**